**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**CHRISTOPHER ROSS,**

                **Plaintiff,**         9:18-cv-39
                                               (GLS/TWD)
       **v.**

**BRANDON SMITH et al.,**

                **Defendants.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
CHRISTOPHER ROSS
*Pro Se*
30 Oak Street
Port Chester, NY 10573

**FOR THE DEFENDANTS:**
HON. LETITIA JAMES             MARK G. MITCHELL
New York State Attorney General   Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks duly filed November 2, 2020.  (Dkt. No. 49.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 49) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss pursuant to Fed. R. Civ. P. 41(b) (Dkt. No. 45) is **GRANTED**; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 16) is **DISMISSED**; and it is further

**ORDERED** that the Clerk enter judgment and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

November 23, 2020
Albany, New York

Gary L. Sharpe
U.S. District Judge